UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| In the matter of the Search of the | : | Case No.: 3:01M-176(JGM) |
| premises known as 123 Murphy Drive, | : | |
| Hartford, CT | : | February 15, 2006 |

## GOVERNMENT'S MOTION TO UNSEAL SEARCH WARRANT

The United States of America, by the undersigned Assistant United States Attorney, moves the Court for an order unsealing the application and affidavit for search warrant and the search warrant issued by this Court in the above-captioned matter on June 7, 2001. At the request of the Government, the application and affidavit for search warrant along with a copy of the search warrant were sealed.

The subject of the investigation in which the search warrant was sought has been indicted and arraigned. There is no longer any need for the application and affidavit for search warrant, the warrant and the file in this matter to be under seal, and the Government respectfully requests that they be unsealed.

Respectfully Submitted,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY

/s/Eric J. Glover
ERIC J. GLOVER
ASSISTANT UNITED STATES ATTORNEY
157 Church Street
New Haven, CT 06510
Tel. (203) 821-3700
Federal Bar No. ct23923
email: eric.glover@usdoj.gov

**ORAL ARGUMENT NOT REQUESTED.**

**CERTIFICATE OF SERVICE**

     This is to certify that on February 15, 2006, a copy of the foregoing was served by U.S. Mail on the following persons:

John D. Maxwell, Esq.
Brown, Paindiris & Scott, L.L.P.
The Old Town Hall
2252 Main Street
Glastonbury, CT 06033

                                                /s/Eric J. Glover
                                                ERIC J. GLOVER
                                                ASSISTANT UNITED STATES ATTORNEY