UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| In the matter of the Search of the | : | Case No.: 3:01M-176(JGM) |
| premises known as 123 Murphy Drive, | : | |
| Hartford, CT | : | February 15, 2006 |

## **APPEARANCE**

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for the United States of America.

February 15, 2006   /s/Eric J. Glover
Date   Signature

ERIC J. GLOVER, AUSA
Print Name

ct23923
Federal Bar Number

U.S. Attorney's Office, 157 Church Street
Address

New Haven,    CT         06510
City         State       Zip

(203) 821-3700
Phone Number

**CERTIFICATION**

      This is to certify that a copy of the within and foregoing was sent by First Class mail on this 15^(TH) day of February 2006, to the following counsel of record:

John D. Maxwell, Esq.
Brown, Paindiris & Scott, L.L.P.
The Old Town Hall
2252 Main Street
Glastonbury, CT 06033

                                      /s/Eric J. Glovre
                                      ERIC J. GLOVER
                                      ASSISTANT UNITED STATES ATTORNEY