UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| In the matter of the Search of the premises known as 123 Murphy Drive Hartford, CT | : : : | Case No.: 3:01M-176(JGM) |

**ORDER TO UNSEAL SEARCH WARRANT**

It is hereby ORDERED that the application and affidavit for search warrant and the search warrant issued on June 7, 2001, and the file in the above-captioned case, is UNSEALED, this __ day of February 2006, at New Haven, Connecticut.

_____
JOAN G. MARGOLIS
UNITED STATES MAGISTRATE JUDGE